THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM FABRIZIO, Appellant.— Appeal by defendant from a judgment by a city magistrate, sitting as a Court of Special Sessions, convicting him of the crime of leaving the scene of an accident due to his culpability, and knowing that damage has been caused, without reporting as provided by section 70, subdivision 5-a, of the Vehicle and Traffic Law.  Judgment of conviction unanimously affirmed.  No opinion.  Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS PHILLIPS, Appellant.— On the trial of an indictment charging the defendant with manslaughter in the first degree in the process of an illegal operation to produce abortion, the defendant was found guilty by the jury.  Judgment of conviction of the County Court of Kings county unanimously affirmed.  No opinion.  Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions, convicting the defendant of a violation of section 163 of the Sanitary Code, reversed on the law, information dismissed and defendant discharged.  The information charged the defendant with having, keeping and offering for sale certain unwholesome food.  The proof tended to show only possession or the keeping and storing of unwholesome food.  Young, Hagarty, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ROSE ROGONIA, Respondent, v. JOSEPH CIOFFI, Appellant.— Order of filiation of the Children's Court of the County of Westchester reversed on the law, complaint dismissed, defendant discharged and bail exonerated.  The evidence is insufficient to uphold the finding of paternity.  Lazansky, P. J., Young and Johnston, JJ., concur; Hagarty and Davis, JJ., dissent and vote to affirm.